# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 4, 2011

The Honorable Leonard P. Stark           VIA ELECTRONIC FILING
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

    Re:   *Enova Technology Corporation v. Initio Corporation, et al.*
           C.A. No. 10-04-LPS

Dear Judge Stark:

    Pursuant to the scheduling conference in the above-captioned matter held before your Honor on Wednesday, December 22, 2010, the parties hereby submit their revised proposed scheduling order (separately docketed). As requested by your Honor, the parties have agreed on dates certain for the disclosure of expert testimony. In addition, in order to avoid crowding the Court's consideration of any Summary Judgment motions, the parties propose moving up slightly the deadlines for expert discovery cut-off and case dispositive motions.

                          Respectfully,

                          /s/ *Tiffany Geyer Lydon*

                          Tiffany Geyer Lydon

cc:    Francis DiGiovanni, Esq. (via electronic mail w/attachment)
       Scott R. Miller, Esq. (via electronic mail w/attachment)
       Darryl M. Woo, Esq. (via electronic mail w/attachment)

{00472654;v1}