IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENOVA TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INITIO CORPORATION, INITIO CORPORATION (California), WESTERN DIGITAL CORPORATION, BUFFALO INC., AND BUFFALO TECHNOLOGY (USA), INC.,<br><br>Defendants. | C.A. No. 10-04-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of **DEFENDANT WESTERN DIGITAL CORPORATION'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE** was served by HAND DELIVERY and E-MAIL upon the following attorneys on January 14, 2011:

John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

| | |
|---|---|
| Dated: January 14, 2011 | */s/ Thatcher A. Rahmeier*<br>Francis DiGiovanni (#3189)<br>Thatcher A. Rahmeier (#5222)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899-2207<br>(302) 658-9141<br>fdigiovanni@cblh.com<br>trahmeier@cblh.com<br><br>*Attorneys for Defendants Initio Corporation, Initio Corporation (California), Western Digital Corporation, Buffalo Inc., and Buffalo Technology (USA) Inc.* |

*Co-Counsel:*

Scott R. Miller, Esquire
Connolly Bove Lodge & Hutz LLP
Wells Fargo Center
333 South Grand Avenue
Suite 2300
Los Angeles, CA 90071

## **CERTIFICATE OF SERVICE**

I, Thatcher A. Rahmeier, hereby certify that on the 14th day of January, 2011, a true copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filings to the following, and the document is available for viewing and downloading from CM/ECF and was served on counsel as follows:

**VIA HAND DELIVERY & E-MAIL**

John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

By: /s/ *Thatcher A. Rahmeier*
Thatcher A. Rahmeier (#5222)
trahmeier@cblh.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENOVA TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INITIO CORPORATION, INITIO CORPORATION (California), WESTERN DIGITAL CORPORATION, BUFFALO INC., AND BUFFALO TECHNOLOGY (USA), INC.,<br><br>Defendants. | C.A. No. 10-04-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of **DEFENDANT WESTERN DIGITAL CORPORATION'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE** was served by HAND DELIVERY and E-MAIL upon the following attorneys on January 14, 2011:

John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Dated: January 14, 2011

/s/ Thatcher A. Rahmeier
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
fdigiovanni@cblh.com
trahmeier@cblh.com

*Attorneys for Defendants Initio Corporation, Initio Corporation (California), Western Digital Corporation, Buffalo Inc., and Buffalo Technology (USA) Inc.*

*Co-Counsel:*

Scott R. Miller, Esquire
Connolly Bove Lodge & Hutz LLP
Wells Fargo Center
333 South Grand Avenue
Suite 2300
Los Angeles, CA 90071

## CERTIFICATE OF SERVICE

I, Thatcher A. Rahmeier, hereby certify that on the 14th day of January, 2011, a true copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filings to the following, and the document is available for viewing and downloading from CM/ECF and was served on counsel as follows:

**VIA HAND DELIVERY & E-MAIL**

John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

By: /s/ *Thatcher A. Rahmeier*
Thatcher A. Rahmeier (#5222)
trahmeier@cblh.com