**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENOVA TECHNOLOGY CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INITIO CORPORATION, INITIO )<br>CORPORATION (California), WESTERN )<br>DIGITAL CORPORATION, BUFFALO INC., )<br>and BUFFALO TECHNOLOGY (USA), INC., )<br>)<br>Defendants. ) | C.A. No. 10-04-LPS |

**JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE
ONLY AS BETWEEN ENOVA TECHNOLOGY CORPORATION, AND
BUFFALO INC. AND BUFFALO TECHNOLOGY (USA), INC.**

Plaintiff Enova Technology Corporation ("Plaintiff"), and Defendants Buffalo Inc. and Buffalo Technology (USA), Inc. (collectively "Buffalo Defendants"), have entered into a confidential settlement agreement. Pursuant to said agreement and Federal Rules of Civil Procedure 41(a)(2) and 41(c), Plaintiff and the Buffalo Defendants jointly move that all claims, causes of action, counterclaims and defenses in the above titled and numbered case solely as between Plaintiff and the Buffalo Defendants be dismissed without prejudice. Plaintiff and the Buffalo Defendants shall respectively bear their own costs and attorneys' fees.

{00667905;v1 }

| ASHBY & GEDDES | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Thatcher A. Rahmeier* |
| _____ | _____ |
| John G. Day (I.D. #2403) | Francis DiGiovanni (I.D. #3189) |
| Tiffany Geyer Lydon (I.D. #3950) | Thatcher A. Rahmeier (I.D. #5222) |
| Lauren E. Maguire (I.D. #4261) | 1007 N. Orange Street |
| 500 Delaware Avenue, 8th Floor | P.O. Box 2207 |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9141 |
| (302) 654-1888 | fdigiovanni@cblh.com |
| jday@ashby-geddes.com | trahmeier@cblh.com |
| tlydon@ashby-geddes.com | |
| lmaguire@ashby-geddes.com | |
| | Gregory S. Gewirtz |
| | LERNER DAVID LITTENBERG |
| Darryl M. Woo |    KRUMHOLZ & MENTLIK LLP |
| Liwen Mah | 600 South Avenue West |
| Phillip Haack | Westfield, NJ 07090-1497 |
| Theis Finlev | (908) 518-6343 |
| Brian Lahti | |
| FENWICK & WEST LLP | *Attorneys for Defendants Buffalo Inc. and* |
| 555 California Street, 12th Floor | *Buffalo Technology (USA), Inc.* |
| San Francisco, CA 94104 | |
| (415) 875-2300 | |

*Attorneys for Plaintiff*

Dated: September 7, 2012

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENOVA TECHNOLOGY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 10-04-LPS |
| v. ) | |
| ) | |
| INITIO CORPORATION, INITIO ) | |
| CORPORATION (California), WESTERN ) | |
| DIGITAL CORPORATION, BUFFALO INC., ) | |
| and BUFFALO TECHNOLOGY (USA), INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING
JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE
ONLY AS BETWEEN ENOVA TECHNOLOGY CORPORATION AND
BUFFALO INC. AND BUFFALO TECHNOLOGY (USA), INC.**

This ___ day of _____, 2012, the Court having considered the Joint Motion ("Motion") by Plaintiff Enova Technology Corporation ("Plaintiff"), and Defendants Buffalo Inc. and Buffalo Technology (USA), Inc. (collectively "Buffalo Defendants"), for dismissal without prejudice, and the Court having determined that ruling on the Motion is appropriate without a hearing;

IT IS ORDERED that:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(2) and 41(c), the Motion by Plaintiff and the Buffalo Defendants is hereby GRANTED. All claims, causes of action, counterclaims and defenses in this action solely as between Plaintiff and the Buffalo Defendants are dismissed without prejudice.

{00667905;v1 }

2

  2. Plaintiff and the Buffalo Defendants shall respectively bear their own costs and attorneys' fees.

  SO ORDERED this _____ day of _____, 2012.

                 _____
                 United States District Judge