IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENOVA TECHNOLOGY CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INITIO CORPORATION, INITIO ) <br> CORPORATION (California), WESTERN ) <br> DIGITAL CORPORATION, BUFFALO INC., ) <br> and BUFFALO TECHNOLOGY (USA), INC., ) <br> ) <br> Defendants. ) | C.A. No. 10-04-LPS |

ORDER GRANTING
JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE
ONLY AS BETWEEN ENOVA TECHNOLOGY CORPORATION AND
BUFFALO INC. AND BUFFALO TECHNOLOGY (USA), INC.

This 10th day of September, 2012, the Court having considered the Joint Motion ("Motion") by Plaintiff Enova Technology Corporation ("Plaintiff"), and Defendants Buffalo Inc. and Buffalo Technology (USA), Inc. (collectively "Buffalo Defendants"), for dismissal without prejudice, and the Court having determined that ruling on the Motion is appropriate without a hearing;

IT IS ORDERED that:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(2) and 41(c), the Motion by Plaintiff and the Buffalo Defendants is hereby GRANTED. All claims, causes of action, counterclaims and defenses in this action solely as between Plaintiff and the Buffalo Defendants are dismissed without prejudice.

{00667905;v1 }

2. Plaintiff and the Buffalo Defendants shall respectively bear their own costs and attorneys' fees.

SO ORDERED this 10th day of September, 2012.

_____
United States District Judge