IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENOVA TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 10-04-LPS |
| v. | ) | |
| | ) | |
| INITIO CORPORATION, INITIO | ) | |
| CORPORATION (California), WESTERN | ) | |
| DIGITAL CORPORATION, BUFFALO INC., | ) | |
| DIGITAL CORPORATION, BUFFALO INC., | ) | |
| and BUFFALO TECHNOLOGY (USA), INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED VERDICT FORM

**Instructions**

When answering the following questions and filling out this Verdict Form, please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question. Your answer to each question must be unanimous.

* * *

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## I.     DIRECT INFRINGEMENT- *DISPUTED*

[Enova's Proposal]

### Initio

Question 1:     Has Enova proven by a preponderance of the evidence that Initio

Corporation and/or Initio Corporation (California), individually or collectively, directly infringed

the asserted claims of U.S. Patent No. 7,136,995 (the '995 patent) and/or U.S. Patent No.

7,900,057 (the '057 patent)?

Answer "Yes" or "No" for each claim.

*"Yes" is a finding for Enova. "No" is a finding for Initio.*

**'995 patent**

| | | |
|---|---|---|
| Claim 1: _____ | Claim 6:  _____ | Claim 11: _____ |
| Claim 2: _____ | Claim 7:  _____ | Claim 12: _____ |
| Claim 3: _____ | Claim 8:  _____ | Claim 13: _____ |
| Claim 4: _____ | Claim 9:  _____ | Claim 14: _____ |
| Claim 5: _____ | Claim 10:  _____ | |

**'057 patent**

| | |
|---|---|
| Claim 1: _____ | Claim 5: _____ |
| Claim 2: _____ | Claim 6: _____ |
| Claim 3: _____ | Claim 7: _____ |
| Claim 4: _____ | Claim 48: _____ |

**[Defendants' Proposal]**

A.     **Initio Corp.**

Question I.A.1.  Has Plaintiff Enova Technology Corporation ("Enova") proven by a preponderance of the evidence that Defendant Initio Corporation ("Initio Corp.") has, in the United States, made, used, sold, offered for sale, or imported INIC-1607E chips that literally infringe any of the asserted claims of U.S. Patent No. 7,136,995 ("the '995 patent") and/or U.S. Patent No. 7,900,057 ("the '057 patent")?

Answer "*Yes*" or "*No.*"  "*Yes*" is a finding for Enova; "*No*" is a finding for Initio Corp.

**YES** _____                    **NO** _____

Question I.A.2.  If you answered "*Yes*," please place a check mark (✓) next to each claim that you have found to be literally infringed by the INIC-1607E chip.

| '995 patent | | | |
|---|---|---|---|
| Claim 1: \_\_\_ | Claim 5: \_\_\_ | Claim 9: \_\_\_ | Claim 13: \_\_\_ |
| Claim 2: \_\_\_ | Claim 6: \_\_\_ | Claim 10: \_\_\_ | Claim 14: \_\_\_ |
| Claim 3: \_\_\_ | Claim 7: \_\_\_ | Claim 11: \_\_\_ | |
| Claim 4: \_\_\_ | Claim 8: \_\_\_ | Claim 12: \_\_\_ | |
| '057 patent | | | |
| Claim 1: \_\_\_ | Claim 3: \_\_\_ | Claim 5: \_\_\_ | Claim 7: \_\_\_ |
| Claim 2: \_\_\_ | Claim 4: \_\_\_ | Claim 6: \_\_\_ | Claim 48: \_\_\_ |

Question I.A 3.  Has Enova proven by a preponderance of the evidence that Initio Corp. has, in the United States, made, used, sold, offered for sale, or imported INIC-1610E chips that literally infringe any of the asserted claims of the '995 patent and/or the '057 patent?

Answer "*Yes*" or "*No.*"  "*Yes*" is a finding for Enova; "*No*" is a finding for Initio Corp.

**YES** _____                    **NO** _____

Question I.A.4.  If you answered "*Yes*," please place a check mark (✓) next to each claim that you have found to be literally infringed by the INIC-1610E chip.

| **'995 patent** | | | |
| --- | --- | --- | --- |
| Claim 1: ____ | Claim 5: ____ | Claim 9: ____ | Claim 13: ____ |
| Claim 2: ____ | Claim 6: ____ | Claim 10: ____ | Claim 14: ____ |
| Claim 3: ____ | Claim 7: ____ | Claim 11: ____ | |
| Claim 4: ____ | Claim 8: ____ | Claim 12: ____ | |
| **'057 patent** | | | |
| Claim 1: ____ | Claim 3: ____ | Claim 5: ____ | Claim 7: ____ |
| Claim 2: ____ | Claim 4: ____ | Claim 6: ____ | Claim 48: ____ |

Question I.A.5.  Has Enova proven by a preponderance of the evidence that Initio Corp. has, in the United States, made, used, sold, offered for sale, or imported INIC-3607E chips that literally infringe any of the asserted claims of the '995 patent and/or the '057 patent?

Answer "*Yes*" or "*No*."  "*Yes*" is a finding for Enova; "*No*" is a finding for Initio Corp.

YES _____                                NO _____

Question I.A.6.   If you answered "*Yes*," please place a check mark (✓) next to each claim that you have found to be literally infringed by the INIC-3607E chip.

| **'995 patent** | | | |
| --- | --- | --- | --- |
| Claim 1: ____ | Claim 5: ____ | Claim 9: ____ | Claim 13: ____ |
| Claim 2: ____ | Claim 6: ____ | Claim 10: ____ | Claim 14: ____ |
| Claim 3: ____ | Claim 7: ____ | Claim 11: ____ | |
| Claim 4: ____ | Claim 8: ____ | Claim 12: ____ | |
| **'057 patent** | | | |
| Claim 1: ____ | Claim 3: ____ | Claim 5: ____ | Claim 7: ____ |

| Claim 2: ___ | Claim 4: ___ | Claim 6: ___ | Claim 48: ___ |

**B**.   **Initio California**

Question I.B.1.   Has Enova proven by a preponderance of the evidence that Defendant Initio Corporation (California) ("Initio California") has, in the United States, made, used, sold, offered for sale, or imported INIC-1607E chips that literally infringe any of the asserted claims of the '995 patent and/or the '057 patent?

Answer "*Yes*" or "*No.*"  "*Yes*" is a finding for Enova; "*No*" is a finding for Initio California.

**YES** _____                **NO** _____

Question I.B.2.   If you answered "*Yes*," please place a check mark (✓) next to each claim that you have found to be literally infringed by the INIC-1607E chip.

| **'995 patent** | | | |
|---|---|---|---|
| Claim 1: ___ | Claim 5: ___ | Claim 9: ___ | Claim 13: ___ |
| Claim 2: ___ | Claim 6: ___ | Claim 10: ___ | Claim 14: ___ |
| Claim 3: ___ | Claim 7: ___ | Claim 11: ___ | |
| Claim 4: ___ | Claim 8: ___ | Claim 12: ___ | |
| **'057 patent** | | | |
| Claim 1: ___ | Claim 3: ___ | Claim 5: ___ | Claim 7: ___ |
| Claim 2: ___ | Claim 4: ___ | Claim 6: ___ | Claim 48: ___ |

Question I.B.3.  Has Enova proven by a preponderance of the evidence that Initio California has, in the United States, made, used, sold, offered for sale, or imported INIC-1610E chips that literally infringe any of the asserted claims of the '995 patent and/or the '057 patent?

Answer "*Yes*" or "*No.*"  "*Yes*" is a finding for Enova; "*No*" is a finding for Initio California.

**YES** _____                **NO** _____

Question I.B.4.  If you answered "*Yes*," please place a check mark (✓) next to each claim that you have found to be literally infringed by the INIC-1610E chip.

| **'995 patent** | | | |
|---|---|---|---|
| Claim 1: ___ | Claim 5: ___ | Claim 9: ___ | Claim 13: ___ |
| Claim 2: ___ | Claim 6: ___ | Claim 10: ___ | Claim 14: ___ |
| Claim 3: ___ | Claim 7: ___ | Claim 11: ___ | |
| Claim 4: ___ | Claim 8: ___ | Claim 12: ___ | |
| **'057 patent** | | | |
| Claim 1: ___ | Claim 3: ___ | Claim 5: ___ | Claim 7: ___ |
| Claim 2: ___ | Claim 4: ___ | Claim 6: ___ | Claim 48: ___ |

Question I.B.5.  Has Enova proven by a preponderance of the evidence that Initio California has, in the United States, made, used, sold, offered for sale, or imported INIC-3607E chips that literally infringe any of the asserted claims of the '995 patent and/or the '057 patent?

Answer "*Yes*" or "*No.*"  "*Yes*" is a finding for Enova; "*No*" is a finding for Initio California.

**YES _____                         NO _____**

Question I.B.6.  If you answered "*Yes,*" please place a check mark (✓) next to each claim that you have found to be literally infringed by the INIC-3607E chip.

| **'995 patent** | | | |
|---|---|---|---|
| Claim 1: ___ | Claim 5: ___ | Claim 9: ___ | Claim 13: ___ |
| Claim 2: ___ | Claim 6: ___ | Claim 10: ___ | Claim 14: ___ |
| Claim 3: ___ | Claim 7: ___ | Claim 11: ___ | |
| Claim 4: ___ | Claim 8: ___ | Claim 12: ___ | |
| **'057 patent** | | | |
| Claim 1: ___ | Claim 3: ___ | Claim 5: ___ | Claim 7: ___ |
| Claim 2: ___ | Claim 4: ___ | Claim 6: ___ | Claim 48: ___ |

[Enova's Proposal]

**Western Digital**

Question 2:   Has Enova proven by a preponderance of the evidence that Western

Digital directly infringed the asserted claims of U.S. Patent No. 7,136,995 (the '995 patent)

and/or  U.S. Patent No. 7,900,057 (the '057 patent)?

Answer "Yes" or "No" for each claim.

*"Yes" is a finding for Enova. "No" is a finding for Western Digital.*

**'995 patent**

Claim 1: _____          Claim 6: _____          Claim 11: _____

Claim 2: _____          Claim 7: _____          Claim 12: _____

Claim 3: _____          Claim 8: _____          Claim 13: _____

Claim 4: _____          Claim 9: _____          Claim 14: _____

Claim 5: _____          Claim 10: _____

**'057 patent**

Claim 1: _____          Claim 5: _____

Claim 2: _____          Claim 6: _____

Claim 3: _____          Claim 7: _____

Claim 4: _____          Claim 48: _____

**[Defendants' Proposal]**

C.      <u>Western Digital</u>

<u>Question I.C.1</u>.  Has Enova proven by a preponderance of the evidence that Defendant Western Digital Corporation ("Western Digital") products incorporating an Initio INIC-1607E chip literally infringe in the United States any of the asserted claims of the '995 patent and/or the '057 patent?

Answer "*Yes*" or "*No.*"  "*Yes*" is a finding for Enova; "*No*" is a finding for Western Digital.

**YES** _____                    **NO** _____

<u>Question I.C.2</u>.  If you answered "*Yes*," please place a check mark (✓) next to each claim that you have found to be literally infringed by Western Digital products incorporating an Initio INIC-1607E chip.

| **'995 patent** | | | |
|---|---|---|---|
| Claim 1: ___ | Claim 5: ___ | Claim 9: ___ | Claim 13: ___ |
| Claim 2: ___ | Claim 6: ___ | Claim 10: ___ | Claim 14: ___ |
| Claim 3: ___ | Claim 7: ___ | Claim 11: ___ | |
| Claim 4: ___ | Claim 8: ___ | Claim 12: ___ | |
| **'057 patent** | | | |
| Claim 1: ___ | Claim 3: ___ | Claim 5: ___ | Claim 7: ___ |
| Claim 2: ___ | Claim 4: ___ | Claim 6: ___ | Claim 48: ___ |

<u>Question I.C.3</u>.   Has Enova proven by a preponderance of the evidence that Western Digital products incorporating a JMicron JMS538 chip literally infringe in the United States any of the asserted claims of the '995 patent and/or the '057 patent?

Answer "*Yes*" or "*No.*"  "*Yes*" is a finding for Enova; "*No*" is a finding for Western Digital.

**YES** _____                    **NO** _____

<u>Question I.C.4</u>.   If you answered "*Yes*," please place a check mark (✓) next to each

claim that you have found to be literally infringed by Western Digital products incorporating a JMicron JMS538 chip.

| '995 patent | | | |
|---|---|---|---|
| Claim 1: ___ | Claim 5: ___ | Claim 9: ___ | Claim 13: ___ |
| Claim 2: ___ | Claim 6: ___ | Claim 10: ___ | Claim 14: ___ |
| Claim 3: ___ | Claim 7: ___ | Claim 11: ___ | |
| Claim 4: ___ | Claim 8: ___ | Claim 12: ___ | |
| '057 patent | | | |
| Claim 1: ___ | Claim 3: ___ | Claim 5: ___ | Claim 7: ___ |
| Claim 2: ___ | Claim 4: ___ | Claim 6: ___ | Claim 48: ___ |

Question I.C.5.   Has Enova proven by a preponderance of the evidence that Western Digital products incorporating a SMSC/Symwave SW6316 chip literally infringed in the United States any of the asserted claims of the '995 patent and/or the '057 patent?

Answer "*Yes*" or "*No.*"  "*Yes*" is a finding for Enova; "*No*" is a finding for Western Digital.

**YES** _____                         **NO** _____

Question I.C.6.   If you answered "*Yes*," please place a check mark (✓) next to each claim that you have found to be literally infringed by Western Digital products incorporating a SMSC/Symwave SW6316 chip.

| '995 patent | | | |
|---|---|---|---|
| Claim 1: ___ | Claim 5: ___ | Claim 9: ___ | Claim 13: ___ |
| Claim 2: ___ | Claim 6: ___ | Claim 10: ___ | Claim 14: ___ |
| Claim 3: ___ | Claim 7: ___ | Claim 11: ___ | |
| Claim 4: ___ | Claim 8: ___ | Claim 12: ___ | |
| '057 patent | | | |
| Claim 1: ___ | Claim 3: ___ | Claim 5: ___ | Claim 7: ___ |

| | | | |
|---|---|---|---|
| Claim 2: ___ | Claim 4: ___ | Claim 6: ___ | Claim 48: ___ |

Question I.C.7.   Has Enova proven by a preponderance of the evidence that Western Digital products incorporating a PLX/Oxford 943SE chip literally infringe in the United States any of the asserted claims of the '995 patent and/or the '057 patent?

Answer "*Yes*" or "*No.*"   "*Yes*" is a finding for Enova; "*No*" is a finding for Western Digital.

**YES** _____                **NO** _____

Question I.C.8.  If you answered "*Yes*," please place a check mark (✓) next to each claim that you have found to be literally infringed by Western Digital products incorporating a PLX/Oxford 943SE chip.

| **'995 patent** | | | |
|---|---|---|---|
| Claim 1: ___ | Claim 5: ___ | Claim 9: ___ | Claim 13: ___ |
| Claim 2: ___ | Claim 6: ___ | Claim 10: ___ | Claim 14: ___ |
| Claim 3: ___ | Claim 7: ___ | Claim 11: ___ | |
| Claim 4: ___ | Claim 8: ___ | Claim 12: ___ | |
| **'057 patent** | | | |
| Claim 1: ___ | Claim 3: ___ | Claim 5: ___ | Claim 7: ___ |
| Claim 2: ___ | Claim 4: ___ | Claim 6: ___ | Claim 48: ___ |

## II.    INDUCED INFRINGEMENT- *DISPUTED*

[Enova's Proposal]

**Initio**

Question 3:    Has Enova proven by a preponderance of the evidence that Initio

Corporation and/or Initio Corporation (California), individually or collectively, induced

infringement by another of the asserted claims of U.S. Patent No. 7,136,995 (the '995 patent)

and/or U.S. Patent No. 7,900,057 (the '057 patent)?

Answer "Yes" or "No" for each claim.

*"Yes" is a finding for Enova. "No" is a finding for Initio.*

**'995 patent**

| Claim 1: _____ | Claim 6:  _____ | Claim 11: _____ |
|---|---|---|
| Claim 2: _____ | Claim 7:  _____ | Claim 12: _____ |
| Claim 3: _____ | Claim 8:  _____ | Claim 13: _____ |
| Claim 4: _____ | Claim 9:  _____ | Claim 14: _____ |
| Claim 5: _____ | Claim 10:  _____ | |

**'057 patent**

| Claim 1: _____ | Claim 5: _____ |
|---|---|
| Claim 2: _____ | Claim 6: _____ |
| Claim 3: _____ | Claim 7: _____ |
| Claim 4: _____ | Claim 48: _____ |

**[Defendants' Proposal]**

**A.     Initio Corp.**

Question II.A.1.  Has Enova proven by a preponderance of the evidence that Initio Corp. induced infringement in the United States by another of any of the asserted claims of the '995 patent and/or the '057 patent?

Answer "*Yes*" or "*No*."  "*Yes*" is a finding for Enova; "*No*" is a finding for Initio Corp.

**YES _____                    NO _____**

Question II.A 2.  If you answered "*Yes*," please place a check mark (✓) next to each product and claim that you have found to be infringed by inducement.

| |
|---|
| Initio INIC-1607E chip: _____ |
| Initio INIC-1610E chip: _____ |
| Initio INIC-3607E chip: _____ |

| **'995 patent** | | | |
|---|---|---|---|
| Claim 1: ____ | Claim 5: ____ | Claim 9: ____ | Claim 13: ____ |
| Claim 2: ____ | Claim 6: ____ | Claim 10: ____ | Claim 14: ____ |
| Claim 3: ____ | Claim 7: ____ | Claim 11: ____ | |
| Claim 4: ____ | Claim 8: ____ | Claim 12: ____ | |
| **'057 patent** | | | |
| Claim 1: ____ | Claim 3: ____ | Claim 5: ____ | Claim 7: ____ |
| Claim 2: ____ | Claim 4: ____ | Claim 6: ____ | Claim 48: ____ |

**B.     Initio California**

Question II.B.1.  Has Enova proven by a preponderance of the evidence that Initio California induced infringement in the United States by another of any of the asserted claims of the '995 patent and/or the '057 patent?

Answer "*Yes*" or "*No*."  "*Yes*" is a finding for Enova; "*No*" is a finding for Initio California.

**YES** _____          **NO** _____

Question II.B.2.  If you answered "*Yes*," please place a check mark (✔) next to each product and claim that you have found to be infringed by inducement.

Initio INIC-1607E chip: _____

Initio INIC-1610E chip: _____

Initio INIC-3607E chip: _____

**'995 patent**

| Claim 1: ___ | Claim 5: ___ | Claim 9: ___ | Claim 13: ___ |
| Claim 2: ___ | Claim 6: ___ | Claim 10: ___ | Claim 14: ___ |
| Claim 3: ___ | Claim 7: ___ | Claim 11: ___ | |
| Claim 4: ___ | Claim 8: ___ | Claim 12: ___ | |

**'057 patent**

| Claim 1: ___ | Claim 3: ___ | Claim 5: ___ | Claim 7: ___ |
| Claim 2: ___ | Claim 4: ___ | Claim 6: ___ | Claim 48: ___ |

**[Enova's Proposal]**

**<u>Western Digital</u>**

<u>Question 4</u>:     Has Enova proven by a preponderance of the evidence that Western

Digital induced infringement by another of the asserted claims of U.S. Patent No. 7,136,995 (the

'995 patent) and/or U.S. Patent No. 7,900,057 (the '057 patent)?

Answer "Yes" or "No" for each claim.

*"Yes" is a finding for Enova. "No" is a finding for Western Digital.*

**'995 patent**

Claim 1: _____     Claim 6:  _____     Claim 11: _____

Claim 2: _____     Claim 7:  _____     Claim 12: _____

Claim 3: _____     Claim 8:  _____     Claim 13: _____

Claim 4: _____     Claim 9:  _____     Claim 14: _____

Claim 5: _____     Claim 10:  _____

**'057 patent**

Claim 1: _____     Claim 5: _____

Claim 2: _____     Claim 6: _____

Claim 3: _____     Claim 7: _____

Claim 4: _____     Claim 48: _____

[Defendants' Proposal]

**C.     Western Digital**

Question II.C.1.  Has Enova proven by a preponderance of the evidence that Western Digital  induced infringement in the United States by another of any of the asserted claims of the '995 patent and/or the '057 patent?

Answer "*Yes*" or "*No.*"  "*Yes*" is a finding for Enova; "*No*" is a finding for Western Digital.

**YES _____                          NO _____**

Question II.C.2.  If you answered "*Yes*," please place a check mark (✓) next to each product and claim that you have found to be infringed by inducement.

> WD products incorporating an Initio INIC-1607E chip: _____
>
> WD products incorporating a JMicron JMS538 chip: _____
>
> WD products incorporating a SMSC/Symwave SW6316 chip: _____
>
> WD products incorporating a PLX/Oxford 943SE chip: _____

| **'995 patent** | | | |
|---|---|---|---|
| Claim 1: ____ | Claim 5: ____ | Claim 9: ____ | Claim 13: ____ |
| Claim 2: ____ | Claim 6: ____ | Claim 10: ____ | Claim 14: ____ |
| Claim 3: ____ | Claim 7: ____ | Claim 11: ____ | |
| Claim 4: ____ | Claim 8: ____ | Claim 12: ____ | |
| **'057 patent** | | | |
| Claim 1: ____ | Claim 3: ____ | Claim 5: ____ | Claim 7: ____ |
| Claim 2: ____ | Claim 4: ____ | Claim 6: ____ | Claim 48: ____ |

III.     **CONTRIBUTORY INFRINGEMENT- _DISPUTED_**

[Enova's Proposal]

**Initio**

Question 5:     Has Enova proven by a preponderance of the evidence that Initio

Corporation and/or Initio Corporation (California), individually or collectively, contributed to

infringement by another of the asserted claims of U.S. Patent No. 7,136,995 (the '995 patent)

and/or U.S. Patent No. 7,900,057 (the '057 patent)?

Answer "Yes" or "No" for each claim.

*"Yes" is a finding for Enova. "No" is a finding for Initio.*

**'995 patent**

| | | |
|---|---|---|
| Claim 1: _____ | Claim 6:  _____ | Claim 11: _____ |
| Claim 2: _____ | Claim 7:  _____ | Claim 12: _____ |
| Claim 3: _____ | Claim 8:  _____ | Claim 13: _____ |
| Claim 4: _____ | Claim 9:  _____ | Claim 14: _____ |
| Claim 5: _____ | Claim 10:  _____ | |

**'057 patent**

| | |
|---|---|
| Claim 1: _____ | Claim 5: _____ |
| Claim 2: _____ | Claim 6: _____ |
| Claim 3: _____ | Claim 7: _____ |
| Claim 4: _____ | Claim 48: _____ |

**[Defendants' Proposal]**

A.     **Initio Corp.**

Question III.A.1.  Has Enova proven by a preponderance of the evidence that Initio Corp. contributed to infringement in the United States by another of any of the asserted claims of the '995 patent and/or the '057 patent?

Answer "*Yes*" or "*No.*"  "*Yes*" is a finding for Enova; "*No*" is a finding for Initio Corp.

    YES _____            NO _____

Question III.A.2.  If you answered "*Yes*," please place a check mark (✓) next to each product and claim that you have found to be contributorily infringed.

    Initio INIC-1607E chip: _____

    Initio INIC-1610E chip: _____

    Initio INIC-3607E chip: _____

**'995 patent**

Claim 1: ___       Claim 5: ___       Claim 9: ___       Claim 13: ___

Claim 2: ___       Claim 6: ___       Claim 10: ___      Claim 14: ___

Claim 3: ___       Claim 7: ___       Claim 11: ___

Claim 4: ___       Claim 8: ___       Claim 12: ___

**'057 patent**

Claim 1: ___       Claim 3: ___       Claim 5: ___       Claim 7: ___

Claim 2: ___       Claim 4: ___       Claim 6: ___       Claim 48: ___

B.     **Initio California**

Question III.B.1.  Has Enova proven by a preponderance of the evidence that Initio California contributed to infringement in the United States by another of any of the asserted claims of the '995 patent and/or the '057 patent?

Answer "*Yes*" or "*No.*"  "*Yes*" is a finding for Enova; "*No*" is a finding for Initio California.

**YES** _____                    **NO** _____

Question III.B.2.        If you answered "*Yes*," please place a check mark (✔) next to each
product and claim that you have found to be contributorily infringed.

> Initio INIC-1607E chip: _____
>
> Initio INIC-1610E chip: _____
>
> Initio INIC-3607E chip: _____

**'995 patent**

Claim 1: ____        Claim 5: ____        Claim 9: ____        Claim 13: ____

Claim 2: ____        Claim 6: ____        Claim 10: ____        Claim 14: ____

Claim 3: ____        Claim 7: ____        Claim 11: ____

Claim 4: ____        Claim 8: ____        Claim 12: ____

**'057 patent**

Claim 1: ____        Claim 3: ____        Claim 5: ____        Claim 7: ____

Claim 2: ____        Claim 4: ____        Claim 6: ____        Claim 48: ____

## IV.    INVALIDITY- _DISPUTED_

[Enova's Proposal]

### Question 6:

Have Defendants proven by clear and convincing evidence that any claims of United States Patent No. 7,136,995 are invalid?

_"Yes" is a finding for Defendants. "No" is a finding for Enova._

YES_____ NO_____

If you answered "No," please skip to next question.  If you answered "Yes," please place a check mark next to the claims you found to be invalid and a check mark also as to the reason(s) why.

| Claim | Anticipation | Obviousness | Written Description |
|---|---|---|---|
| Claim 1: | ____ | ____ | ____ |
| Claim 2: | ____ | ____ | ____ |
| Claim 3: | ____ | ____ | ____ |
| Claim 4: | ____ | ____ | ____ |
| Claim 5: | ____ | ____ | ____ |
| Claim 6: | ____ | ____ | ____ |
| Claim 7: | ____ | ____ | ____ |
| Claim 8: | ____ | ____ | ____ |
| Claim 9: | ____ | ____ | ____ |
| Claim 10: | ____ | ____ | ____ |
| Claim 11: | ____ | ____ | ____ |
| Claim 12: | ____ | ____ | ____ |
| Claim 13: | ____ | ____ | ____ |
| Claim 14: | ____ | ____ | ____ |

2. Have Defendants proven by clear and convincing evidence that any claims of United States Patent No. 7,900,057 are invalid?

*"Yes" is a finding for Defendants. "No" is a finding for Enova.*

YES_____ NO_____

> If you answered "No," please skip to next question.  If you answered "Yes," please place a check mark next to the claims you found to be invalid and a check mark also as to the reason(s) why.

| Claim | Anticipation | Obviousness |
|---|---|---|
| Claim 1: | ____ | ____ |
| Claim 2: | ____ | ____ |
| Claim 3: | ____ | ____ |
| Claim 4: | ____ | ____ |
| Claim 5: | ____ | ____ |
| Claim 6: | ____ | ____ |
| Claim 7: | ____ | ____ |
| Claim 48: | ____ | ____ |

**[Defendants' Proposal]**

Question IV.1.  Have Defendants proven by clear and convincing evidence that any of the asserted claims of the '995 patent and/or the '057 patent are invalid?

Answer "*Yes*" or "*No.*"  "*Yes*" is a finding for Defendants; "*No*" is a finding for Enova.

YES _____                          NO _____

Question IV.2.   If you answered "*Yes,*" please place a check mark (✓) next to each claim that you have found to be invalid.

| **'995 patent** | | | |
|---|---|---|---|
| Claim 1: ____ | Claim 5: ____ | Claim 9: ____ | Claim 13: ____ |
| Claim 2: ____ | Claim 6: ____ | Claim 10: ____ | Claim 14: ____ |
| Claim 3: ____ | Claim 7: ____ | Claim 11: ____ | |
| Claim 4: ____ | Claim 8: ____ | Claim 12: ____ | |
| **'057 patent** | | | |
| Claim 1: ____ | Claim 3: ____ | Claim 5: ____ | Claim 7: ____ |
| Claim 2: ____ | Claim 4: ____ | Claim 6: ____ | Claim 48: ____ |

## V.   DAMAGES- *DISPUTED*

[Enova's Proposal]

**Question 7:**   **(Western Digital, Initio-based products)**

What amount of money damages has Enova proven by a preponderance of the evidence is adequate to compensate Enova for Initio and/or Western Digital's infringement of the '995 and/or the '057 patents by Western Digital products using chips produced by Initio?

**Answer:**   $_____

**Question 8:**   **(Western Digital, other products)**

What amount of money damages has Enova proven by a preponderance of the evidence is adequate to compensate Enova for Western Digital's infringement of the '995 and/or the '057 patents by its products using chips produced by manufacturers other than Initio?

**Answer:**   $_____

**Question 9:**   **(Initio)**

What amount of money damages has Enova proven by a preponderance of the evidence is adequate to compensate Enova for Initio Corporation and/or Initio Corporation (California)'s infringement, individually or jointly, of the '995 and/or the '057 patents, for their products not including Western Digital products using chips produced by Initio?

**Answer:**   $_____

**[Defendants' Proposal]**

### A.      Initio Corp. and Initio California

Question V.A.1.   If you have found that Initio Corp. or Initio California infringed at least one asserted claim of the '995 patent or the '057 patent, and if you have found that the infringed claim(s) is/are not invalid, state the amount of damages that Enova has proven as a result of Initio Corp. or Initio California's infringement.

Amount of Damages:  _____

### B.      Western Digital

Question V.B.1.   If you have found that Western Digital infringed at least one asserted claim of the '995 patent or the '057 patent, and if you have found that the infringed claim(s) is/are not invalid, state the amount of damages that Enova has proven as a result of Western Digital's infringement.

Amount of Damages:  _____

## VI.    WILLFULNESS- *<u>DISPUTED</u>*

### [Enova's Proposal]

### <u>Initio</u>

<u>Question 10</u>:    Has Enova proven by clear and convincing evidence that Initio

Corporation and/or Initio Corporation (California)'s infringement of the '995 patent and/or the

'057 patent, individually or collectively, was willful?

*"Yes" is a finding for Enova.  "No" is a finding for Initio.*

**Answer:**        Yes: _____    No: _____


### <u>Western Digital</u>

<u>Question 11</u>:    Has Enova proven by clear and convincing evidence that Western

Digital's infringement of the '995 patent and/or the '057 patent was willful?

*"Yes" is a finding for Enova.  "No" is a finding for Western Digital.*

**Answer:**        Yes: _____    No: _____

**[Defendants' Proposal]**

### A.    Initio Corp.

Question VI.A1.  Has Enova proven by clear and convincing evidence that any infringement of the '995 patent by Initio Corp. was willful?

Answer "*Yes*" or "*No*."  "*Yes*" is a finding for Enova; "*No*" is a finding for Initio Corp.

              YES _____              NO _____

Question VI.A.2.  Has Enova proven by clear and convincing evidence that any infringement of the '057 patent by Initio Corp. was willful?

Answer "*Yes*" or "*No*."  "*Yes*" is a finding for Enova; "*No*" is a finding for Initio Corp.

              YES _____              NO _____

### B.    Initio California

Question VI.B.1.  Has Enova proven by clear and convincing evidence that any infringement of the '995 patent by Initio California was willful?

Answer "*Yes*" or "*No*."  "*Yes*" is a finding for Enova; "*No*" is a finding for Initio California.

              YES _____              NO _____

Question VI.B.2.  Has Enova proven by clear and convincing evidence that any infringement of the '057 patent by Initio California was willful?

Answer "*Yes*" or "*No*."  "*Yes*" is a finding for Enova; "*No*" is a finding for Initio California.

              YES _____              NO _____

### C.    Western Digital

Question VI.C.1.  Has Enova proven by clear and convincing evidence that any infringement of the '995 patent by Western Digital was willful?

Answer "*Yes*" or "*No*."  "*Yes*" is a finding for Enova; "*No*" is a finding for Western Digital.

**YES** _____                    **NO** _____

Question VI.C.2.  Has Enova proven by clear and convincing evidence that any infringement of the '057 patent by Western Digital was willful?

Answer "*Yes*" or "*No*."  "*Yes*" is a finding for Enova; "*No*" is a finding for Western Digital.

**YES** _____                    **NO** _____


* * *

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.

The foreperson should then sign and date the verdict form in the spaces below and all other jurors must then sign the verdict form in the spaces below.

Then notify the marshal that you have reached a verdict.

The foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: _____

_____

_____

_____

_____

_____

_____

_____